UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chong Suk Lee,

                Plaintiff,

-against-

Nails & Spa Together, Inc., Nails & Spa On Second Avenue, Inc., and Chyrim Choi,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2024
```

24 Civ. 2549 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 4, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by June 5, 2024. ECF No. 10. Those submissions are now overdue and Defendants have yet to appear.

    Accordingly, by **June 25, 2024**, the parties shall submit their joint letter and proposed case management plan. If Defendants not appeared by that date, Plaintiff shall file a letter indicating her intentions with respect to the prosecution of this action.

    SO ORDERED.

Dated: June 11, 2024
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge