UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chong Suk Lee,

                Plaintiff,

-against-

Nails & Spa Together, Inc., Nails & Spa On Second Avenue, Inc., and Chyrim Choi,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/28/2024
```

24 Civ. 2549 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 4, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by June 5, 2024. ECF No. 10. The parties did not file their submissions. Accordingly, on June 11, 2024, the Court directed the parties to file their joint letter and proposed case management plan by June 25, 2024. ECF No. 15. The parties, again, did not file their submissions.

    On June 24, 2024, after Defendants filed their answer on June 14, 2024, the parties were referred to mediation and directed to schedule a mediation session within sixty days. ECF No. 17. By **July 15, 2024**, the parties shall file a letter stating the date of their first mediation session. If the parties have not scheduled a mediation session, the Court shall reinstate the parties' deadline to file their joint letter and proposed case management plan. Plaintiff is reminded that failure to prosecute his case and failure to comply with Court orders may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: June 28, 2024
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge