```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/19/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHONG SUK LEE, on behalf of herself and a class and collective of similarly situated individuals,

                       Plaintiffs,

-against-

NAILS & SPA TOGETHER, INC., NAILS & SPA ON SECOND AVENUE, INC., d/b/a NAILS & SPA TOGETHER nail salon, HEON MEE CHANG, HO SIK CHANG and CHYRIM CHOI, in their individual and professional capacities,

                       Defendants.

24 Civ. 2549 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 18, 2024, Plaintiff moved for conditional certification of a Fair Labor Standards Act collective action pursuant to 29 U.S.C. § 216(b). ECF Nos. 34–35; *see also* Individual Practices in Civil Cases ¶ III.A.i (explaining that pre-motion letters are not required "where a delay in filing might result in the loss of a right"). Accordingly, by **December 2, 2024**, Defendants shall file their opposition papers. By **December 9, 2024**, Plaintiff shall file her reply, if any.

    SO ORDERED.

Dated: November 19, 2024
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge