USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/19/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHONG SUK LEE, on behalf of herself and a class and collective of similarly situated individuals,

        Plaintiffs,

-against-

NAILS & SPA TOGETHER, INC., NAILS & SPA ON SECOND AVENUE, INC., d/b/a NAILS & SPA TOGETHER nail salon, HEON MEE CHANG, HO SIK CHANG and CHYRIM CHOI, in their individual and professional capacities,

        Defendants.

24 Civ. 2549 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The deadline to complete fact discovery has been extended to May 5, 2025. ECF No. 42. Accordingly, the case management conference scheduled before the undersigned for February 24, 2025, is ADJOURNED to **June 2, 2025**, at **11:00 a.m.**

  SO ORDERED.

Dated: February 19, 2025
   New York, New York

                  ANALISA TORRES
                United States District Judge