```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/6/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHONG SUK LEE, on behalf of herself and a class and collective of similarly situated individuals,

                             Plaintiffs,

-against-

NAILS & SPA TOGETHER, INC., NAILS & SPA ON SECOND AVENUE, INC., d/b/a NAILS & SPA TOGETHER nail salon, HEON MEE CHANG, HO SIK CHANG and CHYRIM CHOI, in their individual and professional capacities,

                             Defendants.

24 Civ. 2549 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

    The deadline to complete fact discovery has been extended to May 19, 2025. ECF No. 51. Accordingly, the case management conference scheduled before the undersigned for June 2, 2025, is ADJOURNED to **June 16, 2025**, at **10:00 a.m.**

    SO ORDERED.

Dated: May 6, 2025
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge