

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/15/2025___

May 13, 2025

**<u>VIA ECF</u>**

Honorable Judge Analisa Torres
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:     Chong Suk Lee v. Nails & Spa Together Inc., et al., 24-cv-2549**

Dear Judge Torres,

We represent Plaintiff Chong Suk Lee in the above-referenced matter. Pursuant to Your Honor's Individual Practices, we respectfully submit this letter motion to request an adjournment of the case management conference currently scheduled for June 16, 2025 at 10:00 a.m. The undersigned will be engaged in trial proceedings from June 16 through June 18, 2025, and therefore respectfully requests that the conference be rescheduled to a mutually convenient date the following week.

In accordance with Rule I(C) of Your Honor's Individual Practices, Plaintiff provides the following information:

1.  Original Date: The conference is currently scheduled for Monday, June 16, 2025, at 10:00 a.m.
2.  Reason for Request: Plaintiff's counsel is scheduled to be on trial during the week of June 16 and will be unavailable for the scheduled conference.
3.  Previous Requests: This is the first request for an adjournment of the status conference.
4.  Prior Rulings: There have been no prior requests for adjournment or extension in this matter.
5.  Adversary's Position: Defendants' counsel consents to this request and has confirmed availability on the alternative dates proposed below.

The parties are available for the rescheduled status conference on the following dates:

*   June 24, 2025 (afternoon only)
*   June 26, 2025 (any time after 11:00 a.m.)
*   June 27, 2025 (any time)

We respectfully request that the Court adjourn the conference on one of these mutually agreeable dates.

Thank you for your consideration of this request

Respectfully submitted,

Ryan J. Kim

Cc: Diane H. Lee (via ECF)

The case management conference scheduled to take place before the undersigned on June 16, 2025, is ADJOURNED to **June 30, 2025**, at **10:00 a.m.**

SO ORDERED.

Dated: May 15, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge