```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHONG SUK LEE, on behalf of herself and a class and collective of similarly situated individuals,

                      Plaintiffs,

-against-

NAILS & SPA TOGETHER, INC., NAILS & SPA ON SECOND AVENUE, INC., d/b/a NAILS & SPA TOGETHER nail salon, and CHYRIM CHOI, in their individual and professional capacities,

                      Defendants.

24 Civ. 2549 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

    A case management conference is currently scheduled for June 30, 2025. ECF No. 56. Per the case management plan, the parties were to file a joint status report not later than one week in advance of the conference. ECF No. 23 ¶ 16. They did not do so. In addition, more than fourteen days have elapsed since the close of fact discovery and no party has filed a pre-motion letter with respect to summary judgment. *See id.* ¶¶ 8, 16; ECF No. 52.

    Accordingly, the case management conference currently scheduled for June 30, 2025, is ADJOURNED *sine die*. By **June 30, 2025**, the parties shall file a joint status update.

    SO ORDERED.

Dated: June 24, 2025
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge