```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHONG SUK LEE,

                Plaintiff,

     -v-

NAILS & SPA TOGETHER, *et al.*,

                Defendants.

**ORDER**

24-CV-2549 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated December 10, 2024, this case was referred to the undersigned for settlement. ECF No. 40.

    A conference is scheduled on **July 7, 2025,** at **3:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 617 134 321#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: July 2, 2025
      New York, New York

                                                    _____
                                                    Henry J. Ricardo
                                                    United States Magistrate Judge