UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/7/2025_____
```

CHONG SUK LEE,

                Plaintiff,

    -v-

NAILS & SPA TOGETHER, *et al.*,

                Defendants.

**ORDER**

24-CV-2549 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

As discussed on today's call, Defendants are directed to respond to Plaintiff's most recent demand by **July 14, 2025**. Plaintiff is directed to respond to this offer by **July 18, 2025**.

The Court will hold a telephone conference to discuss the next steps towards settlement on **July 24, 2025**, at **10:00 a.m.** Parties should dial in to 646-453-4442 and use the conference ID 485 636 275#. Before the July 24 call, the parties are directed to discuss dates when they can be available for an in-person settlement conference, assuming that such a conference would be productive, which has not yet been determined.

**SO ORDERED.**

Dated: July 7, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1