```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHONG SUK LEE,

               Plaintiff,

-v-

NAILS & SPA TOGETHER, *et al.*,

               Defendants.

**ORDER**

24-CV-2549 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference was held today to discuss settlement, following up on the conference held on July 7, 2024. At today's conference, the parties concluded that a more formal settlement conference would not be productive at this time. The Court will therefore not schedule a formal settlement conference.

    Should circumstances change, the parties are welcome to request a settlement conference by filing a letter on the docket.

**SO ORDERED.**

Dated: July 24, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1