UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHONG SUK LEE, on behalf of herself and a
class and collective of similarly situated
individuals,

                  Plaintiffs,

-against-

NAILS & SPA TOGETHER, INC., NAILS &
SPA ON SECOND AVENUE, INC., d/b/a
NAILS & SPA TOGETHER nail salon,
and CHYRIM CHOI, in their individual and
professional capacities,

                  Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __3/2/2026__ |

24 Civ. 2549 (AT) (HJR)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

After fact discovery concluded in this matter on May 19, 2025, the parties were referred to the Honorable Henry J. Ricardo for a settlement conference. *See* ECF Nos. 57, 59. In a report dated August 4, 2025, the parties stated that further settlement conferences "would not be productive at this time," and Plaintiff stated her position that she "complied with her discovery obligations and stands ready to proceed to trial." ECF No. 63 at 1, 3. Although the status report claimed that there were "outstanding discovery issues," *id.* at 1, the parties have filed no letter motion concerning any discovery disputes, *see* ECF No. 64 (order reminding the parties to file a letter motion as required by Judge Ricardo's individual rules for any outstanding discovery dispute).

The parties have not filed any pre-motion letters for summary judgment or any pre-trial submissions, which are now long overdue. *See* ECF No. 23 ¶¶ 8 (requiring summary judgment pre-motion conference requests to be made within 14 days of the close of fact discovery), 11 (directing pretrial submissions to be filed thirty days following the close of fact and expert discovery). Accordingly, by **March 9, 2026,** the parties shall file a joint status update. The status update shall state whether the parties believe the case is ready for trial, and if not, why.

        SO ORDERED.

Dated: March 2, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge