UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHONG SUK LEE, on behalf of herself and a
class and collective of similarly situated
individuals,

Plaintiff,

-against-

NAILS & SPA TOGETHER, INC., NAILS &
SPA ON SECOND AVENUE, INC., d/b/a
NAILS & SPA TOGETHER nail salon,
and CHYRIM CHOI, in their individual and
professional capacities,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/11/2026

24 Civ. 2549 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' joint letter dated March 9, 2026.  *See* ECF No. 66.  The parties represent that the case "will be ready for trial" once pre-trial filings are made.  *Id.*  This case was brought as a putative Fair Labor Standards Act ("FLSA") collective action and putative class action under Federal Rule of Civil Procedure 23(b), *see* Second Am. Compl. ¶¶ 28, 34, ECF No. 29.  Pursuant to an order of reference, *see* ECF No. 40, the Honorable Henry J. Ricardo denied Plaintiff's motion for conditional collective certification under the FLSA, *see* ECF No. 49, and Plaintiff has not sought any relief related to potential class certification under Federal Rule of Civil Procedure 23(b).

As Plaintiff represents that the case is "ready for trial" without having received any class-related discovery or any class certification, the Court understands that Plaintiff is no longer seeking class action relief.  Accordingly, by **March 16, 2026**, Plaintiff shall confirm that she is not seeking any class action relief.  The Court will then set a deadline for pre-trial submissions.

SO ORDERED.

Dated: March 11, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge