UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHONG SUK LEE,

                Plaintiff,

      v.

NAILS & SPA TOGETHER, INC., NAILS &
SPA ON SECOND AVENUE, INC., d/b/a
NAILS & SPA TOGETHER nail salon, and
CHYRIM CHOI, in their individual and
professional capacities,

                Defendants.

---

24-cv-2549 (SHS) (HJR)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    This action has been reassigned to this Court for further proceedings. The Court understands that plaintiff intends to pursue this as an individual action and that this matter is therefore ready for trial pending the parties' filing of their pre-trial submissions. (*See* Dkt. Nos. 66, 68.) Accordingly, by April 6, 2026, the parties shall submit a joint pretrial order for the Court's approval. The joint pretrial order shall contain the information set forth in Rule 3 of this Court's individual practice rules. The trial of this action shall commence on May 18, 2026.

Dated:  New York, New York
       March 23, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.