UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHONG SUK LEE,

               Plaintiff,

    v.

NAILS & SPA TOGETHER, INC., NAILS &
SPA ON SECOND AVENUE, INC., d/b/a
NAILS & SPA TOGETHER nail salon, and
CHYRIM CHOI, in their individual and
professional capacities,

               Defendants.

---

24-cv-2549 (SHS) (HJR)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

A status conference having been held today by MS Teams, with counsel for all parties participating, it is hereby ordered that:

1. The parties have agreed that this matter shall be tried to the Court.

2. The parties shall submit a proposed joint pretrial order on or before April 13, 2026, which will comply with Rule 3 of this Court's individual practice rules. In light of the parties' agreement that this matter will be tried to the Court, the proposed joint pretrial order shall include proposed findings of fact and proposed conclusions of law from plaintiff and from defendants.

3. There shall be a final pretrial conference in this action on April 28, 2026, at 3:00 p.m. in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse.

4. The trial of this action shall commence on June 22, 2026, at 9:30 a.m. in Courtroom 23A of the Daniel Patrick Moynihan United States Courthouse. There shall be no adjournments of this trial date.

5. This matter is referred to Magistrate Judge Henry J. Ricardo for a settlement conference.

Dated: New York, New York
      April 2, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.