UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CHONG SUK LEE,                                              :        24-cv-2549 (SHS)

                            Plaintiff,                      :        ORDER

            -against-                                       :

NAILS & SPA TOGETHER, INC., et al.,                        :

                            Defendant.                      :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The parties are reminded that the trial of this action will commence on Monday, June 22, 2026, at 9:30 a.m. in the U.S. Courthouse, 500 Pearl Street, New York, NY, in Courtroom 23A and will continue from day-to-day until completed, unless a stipulation of dismissal, with prejudice, is filed prior to the commencement of the trial.

Dated: New York, New York
      June 16, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.