UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

CHONG SUK LEE,

                    Plaintiff,

        v.

NAILS & SPA TOGETHER, INC., et al.,

                    Defendants.

---------------------------------------------------------------

24-cv-2549 (SHS) (HJR)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of the parties' Stipulation of Voluntary Dismissal, dated June 20, 2026. (Dkt. No. 83.) An action brought pursuant to the Fair Labor Standards Act may not be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure unless the settlement has been approved by the Court or the Department of Labor. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). Accordingly, the parties are directed to file a motion on or before July 2, 2026, requesting that the Court approve the proposed settlement of this action.

The motion must explain why the proposed settlement is fair and reasonable and should also discuss, at a minimum, the following factors:

> (1) The plaintiff's range of possible recovery; (2) the extent to which the settlement will enable the parties to avoid anticipated burdens and expenses in establishing their respective claims and defenses; (3) the seriousness of the litigation risks faced by the parties; (4) whether the settlement agreement is the product of arm's-length bargaining between experienced counsel; and (5) the possibility of fraud or collusion.

*Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (citation modified). Any settlement agreement must be attached to the motion.

Dated: New York, New York
       June 23, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.