

222 Bruce Reynolds Blvd, Suite 490<br>Fort Lee, NJ 07024<br>Telephone: (201) 897-8787

July 2, 2026

## MEMO ENDORSED

**VIA ECF**

The Honorable Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl St.
New York, NY10007-1312

**Re: Chong Suk Lee v. Nails & Spa Together, Inc., et al., 1:24-cv-02549**

Dear Judge Stein:

The parties jointly submit this letter to respectfully request a seven (7)-day extension of the July 2, 2026 deadline to file their Cheeks motion.

The parties have reached a settlement in principle and are currently finalizing the written settlement agreement. Additional time is needed to complete the settlement agreement.

Accordingly, the parties respectfully request that the Court extend the deadline to file their Cheeks motion from July 2, 2026, to July 9, 2026.

Thank you for Your Honor's time and consideration.

Respectfully submitted,<br><br>/s/ Ryan J. Kim<br>Ryan J. Kim<br><i>Counsel for Plaintiff</i>

Cc: Diane Lee (Via ECF)

**The joint request of the parties for an extension of time until July 9 to file their _Cheeks_ motion is granted.**

**Dated: New York, New York**
     **July 2, 2026**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.