**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Chong Suk Lee,

Plaintiff,

v.

NAILS & SPA TOGETHER, INC., NAILS & SPA ON SECOND AVENUE, INC., d/b/a NAILS & SPA TOGETHER, and CHYRIM CHOI, in their individual and professional capacities,

Defendants,

Index No. 24-cv-2549

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Nails & Spa Together, Inc., Nails & Spa on Second Avenue, Inc. d/b/a Nails & Spa Together, and Chyrim Choi (collectively, "Defendants"), having offered to allow Chong Suk Lee ("Plaintiff") to take a judgment against them, in the sum of One Hundred Fifty Thousand Dollars and No Cents ($150,000.00), with respect to Plaintiff's claims for relief, damages, fees, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 8, 2026, and filed as Exhibit A to Docket Number 89;

**WHEREAS**, on July 9, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 89);

It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of Plaintiff Chong Suk Lee, in the sum of One Hundred Fifty Thousand Dollars and No Cents ($150,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 8, 2026 and filed as Exhibit A to Docket Number 89.

Dated: July 10, , 2026
New York, New York

SO ORDERED:

Hon. Sidney H. Stein, U.S.D.J.